IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 116 ML

UNITED STATES OF AMERICA )
 )
v. ) CR. No.
 ) In Violation of 18 U.S.C.
 ) § 922 (g)(1)
 )
WAYNE L. THOMPSON )

**INDICTMENT**

The Grand Jury charges that:

On or about May 24, 2007, in the District of Rhode Island, the defendant, WAYNE L. THOMPSON, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Freedom Arms .22 Caliber revolver, serial number B07507.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

ZECHARIAH CHAFEE
Assistant U.S. Attorney

DATE September 5, 2007