AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Wayne Thompson

APPEARANCE

CASE NUMBER: CR07-116ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Wayne Thompson

I certify that I am admitted to practice in this court.

9-19-07

*Date*

*Signature*

John MacDonald 5368

*Print Name* *Bar Number*

1440 Turks Head Place

*Address*

Providence RI 02903

*City* *State* *Zip Code*

421-1440 421-1442

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.