**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **C.R. NO. 07-116ML**

**WAYNE THOMPSON**

**DEFENDANT'S MOTION TO ENLARGE TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

Now comes the defendant, Wayne Thompson, by and through counsel, and hereby moves to enlarge the time for the filing of pre-trial motions and memorandum by a period of 30 days, from October 30, 2007 to November 30, 2007. Counsel further moves to exclude this period of time from Speedy Trial Act calculations. As grounds, counsel avers that this additional time is necessary to review discovery materials provided by the Government on October 3, 2007. Also, additional time is necessary determine the existence of any video surveillance of the vehicle stop in this matter. Mr. Thompson is currently released on $5000 full surety bond. Assistant Attorney General Zechariah Chafee has been informed of this request and does not object.

Respectfully submitted,
Wayne Thompson
By his attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on October 29, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Zechariah Chafee and by regular mail, postage prepaid to A.U.S.A. Zechariah Chafee at 50 Kennedy Plaza, Providence, Rhode Island 02903.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)