**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **C.R. NO. 07-116ML**

**WAYNE THOMPSON**

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY**

Now comes the defendant, Wayne Thompson, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the above-referenced indictment. Mr. Thompson respectfully requests the Court to schedule a change of plea hearing.

Respectfully submitted,
Wayne Thompson
By his attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on November 27, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Zechariah Chafee.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)