**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **C.R. NO. 07-116ML**

**WAYNE THOMPSON**

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR VARIANT SENTENCE**

Now comes the defendant, Wayne Thompson, by and through counsel, and respectfully requests that this Honorable Court grant leave to file a Motion for Variant Sentence outside of the eleven days required by Local Rule 32. As grounds, counsel for Mr. Thompson was not aware of the local rule change when he filed the motion for variant sentence on March 20, 2008, seven days prior to the scheduled sentencing hearing date of March 27, 2008.

Respectfully submitted,
Wayne Thompson
By his attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on March 20, 2008 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Zechariah Chafee.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)