IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 07-116ML |
| vs. | ) | |
| | ) | |
| WAYNE THOMPSON | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A VARIANCE IN SENTENCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to Defendant's Motion For A Variance in Sentence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2008, I caused a copy of the Government's Objection To Defendant's Motion For A Variance in Sentence, with accompanying memorandum, to be filed with the United States District Court for the District of Rhode Island, using the CM/ECF System to:

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-116ML |
| | : | |
| WAYNE THOMPSON | : | |

**GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEFENDANT'S MOTION FOR A VARIANCE IN SENTENCE**

The government asks for a sentence within the guideline range and objects to a variance below the range. The range of 10 to 16 months is not at all excessive given that the gun was loaded with four rounds and readily accessible in defendant's car. Contrary to what defendant has told the court the gun was not hidden in a place that had to be unscrewed or pried open to get to. I have spoken to Trooper Gormly who was at the scene of the stop. He said there could have been an unattached piece such as a CD holder in the console but there were no tools or breakage necessary to find the gun in the console.

Given defendant's contention that he obtained the gun because he needed protection after being shot and wounded severely, it makes no sense that he would have placed the gun

into an inaccessible place. Of course, it was accessible; that is why he had it and kept it loaded.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney's

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2008, I caused a copy of the Government's Objection To Defendant's Motion For A Variance in Sentence, with accompanying memorandum, to be filed with the United States District Court for the District of Rhode Island, using the CM/ECF System to:

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov