**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **C.R. NO. 07-116ML**

**WAYNE THOMPSON**

# DEFENDANT'S MOTION TO RETURN BOND

Now comes the defendant, Wayne Thompson, by and through counsel, and respectfully requests that this Honorable Court allow the return of the $5000 secured bond previously posted in this matter. As grounds, defendant avers that all conditions of the bond have been complied with.

Respectfully submitted,
Wayne Thompson
By his attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on April 14, 2008 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Zechariah Chafee.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)