**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **C.R. NO. 07-116ML**

**WAYNE THOMPSON**

**ORDER**

Upon motion of the defendant, the $5000 full surety bond shall be returned to the surety, Wayne Thompson.

By Order:

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi
Mary M. Lisi 6/13/08
Chief Judge
United States District Court